[No. 18432-0-II.    Division Two.    December 20, 1996.]

DAVID A. POLLINO, ET AL., *Appellants*, v. LEWIS E.
SUKFORTH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-06729-5, Brian M. Tollefson, J., entered
July 28, 1994. *Affirmed* by unpublished opinion per Hough-
ton, A.C.J., concurred in by Morgan and Turner, JJ.

[No. 18551-2-II.    Division Two.    December 20, 1996.]

*In the Matter of the Marriage of* RITA MAE BELL,
*Respondent,* and RAYMOND LEO BELL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 93-3-00808-3, Christine A. Pomeroy, J.,
entered July 27, 1994. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Houghton, A.C.J.,
and Roof, J. Pro Tem.

[Nos. 18573-3-II; 18574-1-II;   Division Two.   December 20, 1996.]
    18575-0-II.

THE STATE OF WASHINGTON, *Respondent*, v.
TOM D. REYNOLDS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v.
GEORGE E. VERNON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v.
JULIE A. BEARD, *Appellant.*

Appeals from judgments of the Superior Court for
Pacific County, No. 94-1-00074-6, 94-1-00072-0 and 94-1-
00073-8, Joel M. Penoyar, J., entered August 8, 1994. *Re-
versed* by unpublished opinion per Turner, J., concurred
in by Bridgewater and Armstrong, JJ.